

# IN THE
# TENTH COURT OF APPEALS

### No. 10-13-00002-CR

**DERRICK JEROME CHAMBLISS,**

                                                                            **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                            **Appellee**

**From the 54th District Court
McLennan County, Texas
Trial Court No. 2012-690-C2**

## MEMORANDUM OPINION

Appellant Derrick Jerome Chambliss filed a pro se notice of appeal in the underlying criminal action complaining of the trial court's written orders denying his motion for speedy trial, his motion for discovery of grand jury testimony, his motion to quash indictment, or, in the alternative, motion to strike enhancement portion of indictment, and his attorney's motion to withdraw.

We do not have jurisdiction of an interlocutory appeal of the denial of a motion for speedy trial, motion for discovery of grand jury testimony, motion to quash

indictment, or, in the alternative, motion to strike enhancement portion of indictment, or motion to withdraw. *See Abbott v. State*, 271 S.W.3d 694, 696-97 (Tex. Crim. App. 2008) (standard for determining jurisdiction is not whether appeal is precluded by law, but whether appeal is authorized by law); *Everett v. State,* 91 S.W.3d 386, 386 (Tex. App.—Waco 2002, no pet.) (stating that court has jurisdiction over criminal appeals only when expressly granted by law). No law authorizes the interlocutory appeal of a denial of any of these motions.

We dismiss this appeal for want of jurisdiction.


REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed February 28, 2013
Do not publish
[CR25]